IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS A. BENNETTA,

        Plaintiff,

v.

US AIRWAYS GROUP, INC., and RONALD HARBINSON,

        Defendants.

CIVIL ACTION
NO. 13-5463

## ORDER

**AND NOW**, this 12th day of May 2014, upon consideration of the Complaint (Doc. No. 1), the Answer (Doc. No. 5), Defendants' Motion for Judgment on the Pleadings (Doc. No. 7), Plaintiff's Response in Opposition (Doc. No. 10), Defendants' Reply in Further Support (Doc. No. 13), the Sur Reply of Plaintiff (Doc. No. 14), Defendants' supplemental brief (Doc. No. 20), Plaintiff's supplemental brief (Doc. No. 21), the arguments made by counsel for the parties at a hearing on the Motion held on March 14, 2014, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    Defendants' Motion for Judgment on the Pleadings (Doc. No. 7) is **GRANTED**.

    2.    Plaintiff's Complaint is **DISMISSED**.

    3.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.